# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**WANDA LOPEZ,**

        **Plaintiff,**

**v.**                                                     **Case No: 6:18-cv-214-Orl-28DCI**

**QDI 1 LLC,**

        **Defendant.**

## ORDER

This case is before the Court on the Joint Motion for Approval of FLSA Settlement Agreement (Doc. 15). The assigned United States Magistrate Judge has submitted a Report (Doc. 18) recommending that the motion be granted in part. The parties have filed a Joint Notice of Non-Objection (Doc. 19) to the Report.

After review of the record in this matter, and noting the Joint Notice of Non-Objection, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. The Report and Recommendation (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. The Joint Motion for Approval of FLSA Settlement Agreement (Doc. 15) is **GRANTED in part** as set forth in the Report. The language noted on page 5 of the Report is **stricken** from Paragraph E of the Agreement, and the Court finds that the Agreement is otherwise a fair and reasonable settlement of Plaintiff's FLSA claims.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida, on May 9th, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record